TELLEY E. BABCOCK *vs.* FRED J. APPLEY ET AL.

Second Judicial District, Norwich, April Term, 1924.
WHEELER, C. J., BEACH, CURTIS, KEELER and MARVIN, Js.

Argued April 30th—decided May 8th, 1924.

ACTION in the nature of trover to recover damages for the conversion of a gasoline engine, wood-saw and other attachments, brought to and tried by the Court of Common Pleas in New London County, *Waller, J.;* facts found and judgment rendered for the plaintiff for $192 against both defendants, from which the defendant Main appealed. *No error.*

*Lafayette Main, pro se,* appellant (defendant Main).

*Henry H. Pettis,* for the appellee (plaintiff).

PER CURIAM. The case turned upon the finding by the court of whether Appley's agent, Stanley, sold the engine in controversy to the plaintiff before the defendant Appley sold it to defendant Main. That issue was one of fact which the court found upon conflicting evidence and was finally settled by the finding of the court. .

There is no error.